UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDWARD SHAW,                              CASE NO. 4:13cv20-RS/CAS

      Plaintiff,

vs.

RING POWER CORPORATION,

      Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), Plaintiff, EDWARD SHAW, through his undersigned counsel, and Defendant, RING POWER CORPORATION, through its undersigned counsel, hereby stipulate to the voluntary dismissal of this Complaint without prejudice of this action, with the parties to bear their own attorneys fees and costs.

Dated this 13th day of February, 2013.

Respectfully submitted:

| | |
|---|---|
| s/ Sassan Achtchi | s/ Kevin W. Cox |
| Sassan Achtchi [FBN 83981] | Kevin W. Cox [FBN 0034020] |
| MARIE A. MATTOX, P. A. | HOLLAND & KNIGHT, LLP |
| 310 East Bradford Road | 315 South Calhoun Street, Suite 600 |
| Tallahassee, FL 32303 | Tallahassee, FL 32301 |
| Telephone: (850) 383-4800 | Telephone: (850) 425-5624 |
| Facsimile: (850) 383-4801 | Facsimile: (850) 224-8832 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |